UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO C. TOWNSEND,

        Plaintiff,

v.

CASE NO. 13-11581
HONORABLE GERALD E. ROSEN

RAMONA M. ROBERTS, EARL E. BORRADAILE,
GEOFFREY L. NEITHERCUT, ARTHUR A. BUSCH,
DAVID S. LEYTON, SGT. JOWANNE CARRIGAN,
FRANCIS A. KRCMARIK, PATRICK K. EHLMANN,
P. WILLIAMS O'GRADY, JOSEPH J. FARAH,
and ANDREW C. THOMPSON,

        Defendants.
_____/

## JUDGMENT

    In accord with the opinion and order entered on July 15, 2013,

    **IT IS ORDERED** that Plaintiff's civil rights complaint under 42 U.S.C. § 1983 is summarily **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

    Dated at Detroit, Michigan on July 15, 2013.

                                    DAVID J. WEAVER
                                    CLERK OF THE COURT

                                    By: s/Holly Monda
                                          Deputy Clerk

APPROVED:

s/Gerald E. Rosen
GERALD E. ROSEN
CHIEF JUDGE, UNITED STATES DISTRICT COURT

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 15, 2013, by electronic and/or ordinary mail.

                              S/Holly Monda
                              Case Manager, (313) 234-5135